# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN JALONI MOLLISON,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 71582

FILED

JAN 3 0 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
         DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Our review of the documents filed in this court reveals that the district court orally denied the petition on September 13, 2016, but granted a limited evidentiary hearing on the claim of ineffective assistance of counsel. Thus, appellant's notice of appeal is premature. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

17-03293

cc: Hon. Douglas W. Herndon, District Judge
John Jaloni Mollison
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk